

thyssenkrupp Elevator Corporation, 1650 Shelby Oaks Dr. Suite 6, Memphis, TN 38134

**Madison Realties**
5000 Buchan, Suite 2005
Montreal, QC. H4P IT2

Elevator Technology

02/12/2018
Page 1/1

**Raymond James Building – 50 North Front Street**

Mr. Friedman,

As your elevator service provider, I am writing to let you know that your elevators, when operational, are safe for the riding public. Per our company guidelines, should any equipment be deemed unsafe, we would have a licenced elevator technician Lock Out / Tag Out the unit. We would then send our licensed elevator technicians to repair the elevator and return it to operation after confirming that it was safe for the riding public. No repairs that have been completed or are in process of being completed are due to safety issues, rather wear and tear of the aging equipment.

Entrapments are inevitable with vertical transportation, and the age of the equipment has no bearing on when one might occur. Our licensed elevator technicians are trained in safely removing trapped passengers. In the event an entrapment occurs at your building located at 50 North Front Street in Memphis, TN, we have six licensed elevator technicians located within 15 minutes of your building, so a passenger who is trapped during normal business hours can reasonably expect to be released from the elevator within 60 minutes.

Best regards,

*Chip Morris*

Chip Morris
Modernization Specialist