

# Robson Forensic — THE EXPERTS

(/)

## MORE THAN 50,000 CASES SINCE 1987

Robson Forensic is a national leader in expert witness consulting, providing technical expertise across many fields (http://www.robsonforensic.com/practice-areas) within engineering, architecture, and science, as well as an expansive range of specialty disciplines.

We provide investigations, reports, and testimony where technical and scientific answers are needed to resolve litigation and insurance claims.

At Robson Forensic you will find highly respected experts (/experts) from both industry and academia. It is likely that one of our forensic experts has done the work central to the issues of your matter, and can testify accordingly.

**CONTACT AN EXPERT**     **(/CONTACT)**

## FEATURED PRACTICE AREAS



Admiralty / Maritime (/practice-areas/admiralty-maritime-expert)



Aviation (/practice-areas/aviation-expert)



GPS & Mobile Device Data (/practice-areas/gps-mobile-device-data-forensic-expert)



Slips, Trips and Falls (/practice-areas/slips-trips-and-falls-expert)



Toxicology (/practice-areas/toxicology-expert)



Vehicles & Roadway Systems (/practice-areas/vehicles-roadway-systems-expert)

**VIEW ALL (/PRACTICE-AREAS)**

## RECENT ARTICLES

Investigating Vehicle vs. Pedestrian Collisions – Expert Article

In this article, the experts at Robson Forensic discuss the typical components of a vehicle-pedestrian collision and delve into specialty technical...

Peter J. Leiss, P.E., C.F.E.I., C.V.F.I.

(/articles/vehicle-pedestrian-collision-expert-witness)

Hyperbaric Oxygen Therapy for Wound Care & Other Conditions – Expert Article

In this article, Wound Care Expert, Christa Bakos discusses the use of Hyperbaric Oxygen Therapy for wound care and other medical conditions. Her...

Christa A. Bakos, RN

(/articles/hyperbaric-oxygen-therapy-expert-witness)

Transitions in Construction Claims – Expert Article

In this article, architect and construction expert, Will Martin discusses the role of "transitions" in the investigation of construction claims....

William E. J. Martin, AIA, NCARB

(/articles/construction-joint-transition-expert-witness)

**VIEW MORE (/ARTICLES)**

## HEADQUARTERS

354 North Prince Street
Lancaster PA 17603
Find us

Local: 717.293.9050 (tel:7172939050)
Toll free: 800.813.6736 (tel:8008136736)

## MAILING LIST

Stay up to date with weekly communications from Robson Forensic - Substantive technical articles, safety practices across various industries, contact information from featured experts. Click here to join (http://info.robsonforensic.com/email-enrollment).

© 2014 Robson Forensic, Inc. (/) Terms & Conditions (/terms)