# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **RAYMOND JAMES & ASSOCS., INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02104-JTF-tmp |
| ) | |
| **50 NORTH FRONT ST. TN, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF REFERENCE

Before the Court are Defendant 50 North Front St. TN, LLC's Motion to Quash Subpoena, in part, and/or for a Protective Order, (ECF No. 65); Motion to Quash Subpoena and/or for a Protective Order, (ECF No. 73); and Motion for a Protective Order, (ECF No. 74). The Court hereby refers these Motions to the assigned Magistrate Judge for report and recommendation and/or determination, as appropriate, pursuant to 28 U.S.C. § 636.

**IT IS SO ORDERED** this 10th day of August 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge
