# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **50 NORTH FRONT ST. TN, LLC,** ) <br> ) <br> **Defendant.** ) | No. 2:18-cv-02104-JTF-tmp |

## ORDER RESOLVING NOTICE OF NON-COMPLIANCE

Before the Court by order of reference are two Notices of Non-Compliance with the Magistrate Judge's Order (the "Notices"), filed by Plaintiff Raymond James & Associates, Inc. ("Raymond James") on October 4, 2018 and October 15, 2018. (*See* ECF Nos. 108 and 114). The Court held a hearing on, among other matters, the Notices on February 7, 2019. (*See* ECF No. 169) (text-only minute entry). Defendant 50 North Front St. TN, LLC ("50 North") is ORDERED to do the following, under the supervision of counsel, relating to e-mail searches:

50 North shall conduct e-mail searches (including the inbox, sent folder/outbox, and trash/deleted items), using the search terms described in **Exhibit A**, attached hereto. As for all searches, 50 North shall conduct e-mail searches for the below-listed custodians.

1. Jacob Sofer

2. Joel Friedman

3. Hershey (and/or Hershy) Steinberg

4. Hershey (and/or Hershy) Brown

5. Audrey Davis (To the extent her e-mail accounts are accessible upon due diligent efforts.)

      6. Katie Hill

The above-listed custodians were identified at the February 7, 2019 hearing by counsel for 50 North. While this email search is currently limited to the above custodians, 50 North will provide the identity of any other employee 50 North, Madison Realties, LLC, Madison Holding Trust, or Regal Holding Group, LLC. had during the time in question (2014 to present). There will be no additional search protocols imposed by the Court, at this time.

In accordance with 50 North's request at the February 7, 2019 hearing, counsel for 50 North shall produce all responsive, non-privileged documents from the above-referenced e-mail searches, along with a privilege log, and the above identification of additional employees to counsel for Raymond James within thirty days of February 8, 2019, i.e., no later than March 11, 2019. All other deadlines are governed by the Second Amended Scheduling Order.

IT IS SO ORDERED this the 11th day of February, 2019.

                                                  s/ Tu M. Pham  
                                                  Tu M. Pham  
                                                  United States Magistrate Judge

# EXHIBIT A

| | | | Email Searches to be performed by Defendant | | |
|---|---|---|---|---|---|
| | **Requests** | **Custodians** | **First Term** | **Second Term (each Second Term should be ran with every First Term)** | **Time Period** |
| A | 1 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "Raymond James Tower, LLC"<br>"50 North Front St. TN, LLC"<br>"Raymond James Tower"<br>"50 North"<br>"Fifty North"<br>"50 N"<br>"Memphis Tower"<br>"Raymond James"<br>"RJ"<br>"RJA"<br>"RJT"<br>"Memphis" | "annual report"<br>"Operating Agreement"<br>"certificate of authority"<br>"Regal"<br>"Madison Holding Trust"<br>"Madison Holdings"<br>"member"<br>"owner"<br>"ownership"<br>"shareholder"<br>"partner"<br>"limited" | 01/01/2014 - Present |
| B(1) | 2, 3, 5 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "@pky.com" | | 01/01/2014 - 2/28/2015 |
| B(2) | 2, 3, 6 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "CBRE" | Tennessee<br>RJ<br>50 N<br>50 North<br>Fifty North<br>Memphis<br>Raymond James<br>Chicago | 01/01/2014 - 2/28/2015 |
| C | 2, 3 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "Memphis"<br>"Raymond James"<br>"Raymond James Tower"<br>"RJ"<br>"RJA"<br>"RJT"<br>"50 North"<br>"Fifty North"<br>"50 N" | "due diligence"<br>"inspection"<br>"insurance"<br>"engineering"<br>"assessment"<br>"property condition" | 01/01/2014 - 2/28/2015 |
| E | 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 19, 20, 23, 24 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "elevator" or "elevators" | | 01/01/2014 - Present |
| F | 3, 4, 6, 16 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "Lerch Bates" | | 01/01/2014 - Present |
| G (1) | 6, 7, 11, 12, 13, 22, 23 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "@thyssenkrupp.com"<br>"@kone.com"<br>"@schindler.com" | | 01/01/2014 - Present |

| | | | Email Searches to be performed by Defendant | | |
|---|---|---|---|---|---|
| | Requests | Custodians | First Term | Second Term (each Second Term should be ran with every First Term) | Time Period |
| G (1) | 6, 7, 11, 12, 13, 22, 23 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | @otis.com | Tennessee<br>RJ<br>50 N<br>50 North<br>Fifty North<br>Memphis<br>Raymond James<br>mod(!)<br>entrap(!)<br>level(!)<br>report | 01/01/2014 - Present |
| J | 15 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "Bock & Clark"<br>"Bock and Clark"<br>"@bockandclark.com" | | 01/01/2014 - Present |
| M | 26 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "Raymond James"<br>"Raymond James Tower"<br>"RJ"<br>"RJA"<br>"RJT"<br>"Lease"<br>"50 North"<br>"Fifty North"<br>"50 N"<br>"Memphis" | "Comparable" | 01/01/2014 - Present |
| N | 27 | Jacob Sofer<br>Joel Friedman<br>Hershey(and/or Hershy) Steinberg<br>Hershey(and/or Hershy) Brown<br>Audrey Davis<br>Katie Hill | "Raymond James"<br>"Raymond James Tower"<br>"RJ"<br>"RJA"<br>"RJT"<br>"50 North"<br>"Fifty North"<br>"50 N"<br>"Memphis" | "lease"<br>"broker"<br>"market"<br>"brochure"<br>"prospects"<br>"brochure"<br>"rent" | 01/01/2014 - Present |