IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RAYMOND JAMES & ASSOCIATES, INC.,

    Plaintiff,

v.                                                                NO. 2:18-cv-02104-JTF-tmp

50 NORTH FRONT ST. TN, LLC,

    Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF, AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT, TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY PENDING THE ADJUDICATION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

    COMES NOW the Defendant, 50 North Front St. TN, LLC (hereinafter "Landlord"), by and through counsel, and pursuant to Local Rule 7.2(c), respectfully submits the following Motion for Leave to File a Reply Brief and Incorporated Memorandum in Support.

    On April 12, 2019, Landlord filed a "Motion to Stay Discovery Pending the Adjudication of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint", along with a supporting Memorandum of Law. (See ECF Nos. 204 and 204-1). On April 26, 2019, the Plaintiff, Raymond James & Associates, Inc. (hereinafter "RJA"), filed "Plaintiff's Response in Opposition to Defendant's 'Motion to Stay Discovery Pending the Adjudication of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.'" (See ECF No. 214) and "Plaintiff's Brief in Opposition to Defendant's 'Motion to Stay Discovery Pending the Adjudication of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint'" (See ECF No. 214-1).

    Landlord respectfully requests leave to file a Reply Brief to address certain issues that were raised in RJA's pleadings in opposition to Landlord's Motion to Stay. Counsel for Landlord

consulted with counsel for RJA via telephone on May 2, 2019 about this Motion and counsel for RJA advised that RJA does not object to Landlord filing a Reply Brief to RJA's pleadings. (ECF Nos. 214 and 214-1). Landlord's request for leave is timely under Local Rule 7.2(c) as RJA's aforementioned Response and Brief were filed on April 26, 2019. Accordingly, Landlord respectfully requests leave from the Court to file the above-referenced Reply Brief. Further, if the Court grants such leave, then Landlord requests that it be permitted to file a Reply Brief by no later than Friday, May 10, 2019 (provided that Landlord receives leave to file a Reply Brief before this date). Landlord also requests permission for its Reply Brief to be ten (10) pages or less. A proposed Order granting the relief requested by this Motion will be sent by e-mail to the Court's CM/ECF inbox.

        Respectfully submitted,

        BLACK MCLAREN JONES RYLAND AND GRIFFEE, P.C.

    By:    /s/ *Michael G. McLaren*
           Michael G. McLaren (5100)
           John C. Ryland (#16878)
           Christopher M. Williams (#36256)
           530 Oak Court Drive, Suite 360
           Memphis, Tennessee 38117
           (901) 762-0535
           (901) 762-0539 – fax
           mmclaren@blackmclaw.com
           jryland@blackmclaw.com
           cwilliams@blackmclaw.com
           *Attorneys for Defendants 50 North Front St. TN, LLC*

## CERTIFICATE OF CONSULTATION

In accordance with Local Rule 7.2(a)(1)(B), the undersigned hereby certifies that counsel for Landlord, John Ryland, consulted with counsel for RJA, Niel Prosser, via telephone on May 2, 2019 concerning this Motion and the relief requested therein. RJA's counsel advised Landlord's counsel that he does not oppose the relief sought in this Motion.

/s/ *Michael G. McLaren*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been sent to the below-listed counsel via the Court's ECF system on this 3 day of May, 2019.

Niel Prosser, Esq.
Rob Clapper, Esq.
Kyle Johnson, Esq.
THE PROSSER LAW FIRM, PLC
5865 Ridgeway Center Pkwy, Ste. 300
Memphis, Tennessee 38120
np@prosserlaw.com
rclapper@prosserlaw.com
kjohnson@prosserlaw.com
*Counsel for Raymond James & Associates*

Melissa A. Maravich, Esq.
Gary Scott Peeples, Esq.
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
*Counsel for Raymond James & Associates*

Zachary Kisber, Esq.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
*Counsel for Commercial Advisors LLC*

Kannon C. Conway, Esq.
HARRIS SHELBTON HANOVER WALSH, PLLC
6060 Primacy Parkway, Suite 100
Memphis, TN 38119
kcc@harrisshelton.com

*Counsel for Colliers International Memphis*

A. Scott Derrick, Esq.
William C. Scales, Jr., Esq.
GULLETT SANFORD ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 Telephone
(615) 256-6339 Facsimile
sderrick@gsrm.com
wscales@gsrm.com
*Counsel for Cousins Properties LP,
successor-in-interest to Parkway Properties LP*

                                         /s/ *Michael G. McLaren*
                                         Michael G. McLaren