# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| RAYMOND JAMES & ASSOCIATES, INC. ) ) ) PLAINTIFF, ) ) v. ) ) 50 NORTH FRONT ST. TN, LLC. ) ) DEFENDANT. ) | CASE NO. 2:18-cv-02104 |

## NOTICE OF SEARCH RESULT NUMBERS GENERATED BY THE PARTIES' COMPETING PROPOSED SEARCH TERMS

Pursuant to the Court's Order at the August 22, 2019 Hearing, below is a table summarizing the number of Raymond James' e-mails and attachments that result from running the parties' competing search terms.

| 50 North's First or Second MTC | Request Number | Resulting Items – 50 North | Resulting Items – Raymond James |
|---|---|---|---|
| First | #15 | 27,391 | 5,774 |
| First | #16 | 9,088 | 522 |
| First | #21 | 15,615 | 1,194 |
| First | #25 | 44,640 | 16,339 |
| Second | #22 | 3,647 | 1,047 |
| Second | #23 | 14,261 | 6,660 |
| Second | #25 | 219 | 44 |
| Second | #26 | 5,531 | 574 |
| Second | #30 | 2,500 | 2,412 |
| Second | #32 | 29,252 | 23,028 |
| Second | #34 | 15,615 | 816 |
| Second | #35 | 204 | 92 |
| Second | #41 | 13,534 | 1,227 |
| Second | #44 | 21,651 | 9,060 |
| Second | #45 | 8,961 | 2,620 |
| Second | #53 | 65,732 | 18,721 |

Respectfully submitted,

**THE PROSSER LAW FIRM**

  /s/ Kyle Johnson
Niel Prosser (BPR No. 11647)
Rob Clapper (BPR No. 34180)
Kyle Johnson (BPR No. 36066)
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
T:  (901) 820-4433
E:  np@prosserlaw.com
    rclapper@prosserlaw.com
    kjohnson@prosserlaw.com


- and -


**BURCH, PORTER & JOHNSON, PLLC**

  /s/ Gary Scott Peeples
Melissa A. Maravich (BPR No. 13876)
Gary Scott Peeples (BPR No. 32303)
130 North Court Avenue
Memphis, TN 38103
T:  (901) 524-5000
F:  (901) 524-5024
E:  mmaravich@bpjlaw.com
    gpeeples@bpjlaw.com


*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on August 9, 2019 which will automatically send an electronic copy of the filing to all counsel of record in this case.

  /s/ Kyle Johnson