**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No. 2:18-cv-02104-JTF-tmp** |
| | ) |
| **50 NORTH FRONT ST. TN, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTER-COMPLAINT**

Plaintiff Raymond James & Associates, Inc. ("Plaintiff" or "Raymond James"), by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully submits this Motion to Dismiss Defendant's Counter-Complaint. For the reasons explained in Plaintiff's Memorandum in Support of Plaintiff's Motion to Dismiss Defendant's Counter-Complaint, which is being filed contemporaneously herewith and the contents of which are incorporated here by reference, all of Defendant 50 North Front St. TN, LLC's counterclaims should be dismissed with prejudice. Accordingly, Raymond James respectfully requests that all of the counterclaims asserted by 50 North be dismissed with prejudice.

Respectfully submitted,

**BURCH, PORTER & JOHNSON, PLLC**

 /s/ Gary Scott Peeples
Jef Feibelman (BPR No. 7677)
Melissa A. Maravich (BPR No. 13876)
Gary Scott Peeples (BPR No. 32303)
130 North Court Avenue
Memphis, TN 38103

T:  (901) 524-5000
F:  (901) 524-5024
E:  jfeibelman@bpjlaw.com
     mmaravich@bpjlaw.com
     gpeeples@bpjlaw.com

- and -

**THE PROSSER LAW FIRM**

  /s/ Niel Prosser
Niel Prosser (BPR No. 11647)
Rob Clapper (BPR No. 34180)
Kyle Johnson (BPR No. 36066)
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
T:  (901) 820-4433
E:  np@prosserlaw.com
     rclapper@prosserlaw.com
     kjohnson@prosserlaw.com

*Counsel for Raymond James*

2

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using the Court's CM/ECF system on January 9, 2020, which will automatically send an electronic copy of the filing to all counsel of record in this case.

                   /s/ Gary Scott Peeples_____