## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.,** | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 2:18-cv-02104-JTF-tmp |
| **50 NORTH FRONT ST. TN, LLC,** | ) |
| Defendant/Counter-Plaintiff. | ) |

### NOTICE OF OUTSTANDING APPEALS/OBJECTIONS

As discussed at the Status Conference the Court conducted on January 6, 2021, below is a list of the appeals/objections that Plaintiff's counsel believes are currently unresolved:

1. 50 North's Appeal of The Magistrate Judge's Order Granting in Part and Denying in Part Plaintiff's Motion to Quash, (ECF 102);

2. 50 North's Appeal of The Magistrate Judge's Order Denying Remainder of Motion to Quash Subpoena Issued to Madison Realties LLC and Granting Raymond James's Motion to Strike, (ECF 142);

3. Raymond James's Objections to Magistrate Judge's Order Granting Defendant's Motion to Dissolve Lien Lis Pendens, (ECF 188); and

4. 50 North's Appeal of The Magistrate Judge's Order Denying Defendant's Motion for Protective Order and For Sanctions Against Plaintiff, (ECF 254).

Respectfully submitted,

**THE PROSSER LAW FIRM**

                                      /s/ Kyle Johnson
                                      Niel Prosser (BPR No. 11647)
                                      Kyle Johnson (BPR No. 36066)
                                      5865 Ridgeway Center Parkway, Suite 300
                                      Memphis, TN 38120
                                      T:  (901) 820-4433
                                      E:  np@prosserlaw.com
                                                kjohnson@prosserlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on January 8, 2021 which will automatically send an electronic copy of the filing to all counsel of record in this case.

                                                              /s/ Kyle Johnson