# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.,** | ) |
| Defendant/Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 2:18-cv-02104 and |
| | ) Case No. 2:21-cv-02433 |
| **50 NORTH FRONT ST. TN, LLC.,** | ) |
| Plaintiff/Defendant/Counter-Plaintiff. | ) |

## ORDER TO CONSOLIDATE CASES AND STAY PROCEEDINGS

On October 4, 2021, the Court held a Status Conference regarding Case No. 2:18-cv-02104 and Case No. 2:21-cv-02433.  (ECF No. 386.)  At the conference, the parties jointly requested that the actions be consolidated and that the second case, Case No. 2:21-cv-02433, be stayed pending the outcome of issues in the first case, Case No. 2:18-cv-02104.  (*Id*.)  Upon consideration, the Court finds that the parties' request is well-taken and should be **GRANTED**.  However, pursuant to Fed. R. Civ. P. 26(a)(1), the parties shall make initial disclosures in Case No. 2:21-cv-02433, no later than October 18, 2021.  A follow-up Status Conference shall be set at a later date.

**IT IS SO ORDERED** this 4th day of October 2021.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge