**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

| | | |
|---|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFF/COUNTER-DEFENDANT,** | ) | |
| | ) | **CASE NO. 2:18-cv-02104** |
| | ) | **CASE NO. 2:21-cv-02433** |
| **v.** | ) | |
| | ) | |
| **50 NORTH FRONT ST. TN, LLC.** | ) | |
| | ) | |
| **DEFENDANT/COUNTER-PLAINTIFF.** | ) | |

**NOTICE OF SERVICE FOR RAYMOND JAMES' THIRD SET OF DISCOVERY
REQUESTS**

**COMES NOW** Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff, Raymond

James & Associates, Inc., to respectfully give notice that it served "Raymond James' Third Set

of Discovery Requests" pursuant to Rule 33 and 34 of the Federal Rules of Civil Procedure on

Defendant/Counter-Claimant and Plaintiff/Counter-Defendant 50 North Front St. TN, LLC on

May 16, 2025.

Respectfully submitted,

**PROSSER, CLAPPER & JOHNSON, PLLC**

/s/ Kyle Johnson

Niel Prosser (BPR No. 11647)
Rob Clapper (BPR No. 34180)
Kyle Johnson (BPR No. 36066)
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
T:  (901) 820-4433

E:  np@prosserlaw.com
    rclapper@prosserlaw.com
    kjohnson@prosserlaw.com

– and –

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ John Branson

John Branson (BPR No. 10913)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
T: (901) 577-2323
E: jbranson@bakerdonelson.com

*Attorneys for Raymond James*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on May 16, 2025, which will automatically send an electronic copy of the filing to all counsel of record in this case.

/s/ Kyle Johnson

2