**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

| | | |
|---|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFF/COUNTER-DEFENDANT,** | ) | |
| | ) | **CASE NO. 2:18-cv-02104** |
| | ) | **CASE NO. 2:21-cv-02433** |
| **v.** | ) | |
| | ) | |
| **50 NORTH FRONT ST. TN, LLC.** | ) | |
| | ) | |
| **DEFENDANT/COUNTER-PLAINTIFF.** | ) | |

**NOTICE OF SERVICE OF SUBPOENAS TO THIRD PARTIES**

**COMES NOW** Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff, Raymond James & Associates, Inc. ("Raymond James"), to respectfully give notice that it intends to serve a subpoena for the production of documents and information on each of the following third parties:

- Bouldin & Associates;

- CBRE, Inc.;

- Colliers International Memphis;

- John Koshak/ Elevator Safety Solutions, LLC;

- Lerch Bates, Inc.;

- NV5 Global Inc. (Bock and Clark Environmental, LLC);

- Madison Realties, LLC;

- Realty Valuation Group, LLC;

- RIP Walker & Associates;

- SIG 50 N Front LLC;

- SIG 50 N Ground LLC; and

1

- TK Elevator Corporation.

Raymond James intends to serve these subpoenas later today or as soon thereafter when service can be effectuated.

Respectfully submitted,

**PROSSER, CLAPPER & JOHNSON, PLLC**

/s/ Kyle Johnson

Niel Prosser (BPR No. 11647)
Rob Clapper (BPR No. 34180)
Kyle Johnson (BPR No. 36066)
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
T:  (901) 820-4433
E:  np@prosserlaw.com
     rclapper@prosserlaw.com
     kjohnson@prosserlaw.com

– and –

**BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC**

/s/ John Branson

John Branson (BPR No. 10913)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
T: (901) 577-2323
E: jbranson@bakerdonelson.com

*Attorneys for Raymond James*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on May 22, 2025, which will automatically send an electronic copy of the filing to all counsel of record in this case.


<u>    /s/ Kyle Johnson                </u>